**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **CLARENCE BRITTEN,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **vs.** | )    **Case No. 22-CV-409-SMY** |
| | ) |
| **ANTHONY WILLS, et al,** | ) |
| | ) |
| **Respondents.** | ) |

## ORDER

**YANDLE, District Judge:**

In this § 1983 civil rights action, the Court granted Defendants' Motion for Summary Judgment and closed this case on March 31, 2024 (Docs. 72, 73). Petitioner filed a Notice of Appeal on April 8, 2024 (Doc. 75). Now before the Court is Petitioner's Motion for Leave to Appeal *in Forma Pauperis* ("IFP") (Doc. 80).

A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); FED. R. APP. P. 24(a)(3)(A). An appeal is taken in "good faith" if it seeks review of any issue that is not clearly frivolous, meaning that a reasonable person could suppose it to have at least some legal merit. *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000).

Petitioner Britten has provided necessary details regarding his financial condition, demonstrating that he is indigent and unable to retain counsel. Further, the Court finds that his appeal is taken in "good faith" as it seeks review of this Court's grant of summary judgment. Accordingly, the Motion for Leave to Proceed on Appeal IFP is **GRANTED**. Britten's Motion for Status regarding his Motion for Leave to Proceed on Appeal IFP (Doc. 81) is **TERMINATED AS MOOT**.

**IT IS SO ORDERED.**

    **DATE:  May 14, 2024**

_____
**STACI M. YANDLE**
**United States District Judge**